UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LORETTA BENSEN, SHERRY GAUL and SHONTONNA HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>INFOPAY, INC., a Delaware Corporation, and INTERMEDIA VENTURES, LLC, a Massachusetts limited liability company,<br><br>Defendants. | Case No. 1:21-cv-12061<br><br>**JOINT STATUS REPORT AND MOTION TO STAY** |

Defendants Infopay, Inc. and Intermedia Ventures ("Defendants") and Plaintiffs Loretta Bensen, Sherry Gaul and Shontonna Harris ("Plaintiffs") (collectively, the "Parties") hereby submit this joint status report and motion to stay, and state as follows:

1. The Parties have reached a settlement in principle to resolve the claims of the Plaintiffs and are negotiating the final terms of a settlement agreement. Once the settlement agreement is fully executed, the Parties will submit a joint stipulation for dismissal with prejudice of this action.

2. The Parties respectfully request that the Court stay this action and adjourn all deadlines and conferences for thirty days.

Dated: July 28, 2022

Respectfully submitted,

/s/ *Chirag H. Patel*
Chirag H. Patel (*pro hac vice*)
Myriah Jaworski, Esq. (*pro hac vice*)
Octillo
Liberty Building
420 Main Street, Suite 1110
Buffalo, New York 14202

(716) 725-2609
mjaworski@octillolaw.com
cpatel@octillolaw.com
*Attorneys for Defendants Infopay, Inc.
and Intermedia Ventures, LLC*

*/s/ Eli Wade-Scott*
EDELSON PC
J. Eli Wade-Scott (Pro Hac Vice)
Michael W. Ovca (Pro Hac Vice)
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Telephone: (312) 561-6370
Facsimile: (312) 589-6378
 Email: ewadescott@edelson.com
 movca@edelson.com
*Attorneys for Plaintiffs Loretta Bensen, Sherry Gaul,
and Shontonna Harris*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, I caused copy of the foregoing document to be electronically filed with the Clerk of the Court. All counsel of record will receive notice of this filing by way of an electronic notification sent by the Court's CM/ECF system.

/s/ *Chirag H. Patel*
Chirag H. Patel